595 F.2d 524
 STATE OF IDAHO et al., Plaintiffs-Appellants,
v.
Cecil D. ANDRUS,* Secretary of the Interior,
Defendant-Appellee.
Nos. 77-1300, 77-1517.
 United States Court of Appeals,
Ninth Circuit.
 April 19, 1979.
 
 Wayne L. Kidwell, Atty. Gen., Boise, Idaho, for plaintiffs-appellants.
 Wilbur T. Nelson, U. S. Atty., Boise, Idaho, for defendant-appellee.
 Before ELY and KILKENNY, Circuit Judges, and FERGUSON,** District Judge.
 PER CURIAM:
 
 
 1
 Upon the basis of the carefully written opinion of Judge Anderson, reported at 417 F.Supp. 873 (1976), the judgment of the District Court is
 
 
 2
 AFFIRMED.
 
 
 
 *
 Mr. Andrus is now the Secretary of the Interior. He has been substituted for the original appellee, a then party in his official capacity. Rule 43(c) Fed.R.App.P
 
 
 **
 Honorable Warren J. Ferguson, United States District Judge, Central District of California, sitting by designation